UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAWRENCE L. SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:13-cv-445 |
| | ) | |
| v. | ) | Honorable Paul L. Maloney |
| | ) | |
| KALAMAZOO COUNTY FRIEND OF THE COURT, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

**ORDER DENYING APPLICATION**
**TO PROCEED IN FORMA PAUPERIS**

This is a civil action brought by a *pro se* plaintiff against the Kalamazoo County Friend of the Court. Plaintiff has requested leave of court to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. His affidavit of financial status discloses that plaintiff and his spouse own a home valued at $75,000 and a new vehicle (a 2013 Kia Sorrento) worth $23,000. Although it appears that plaintiff does not have an income, plaintiff's spouse is employed and receives approximately $3,200.00 per month. Plaintiff has $9,000.00 in cash in the bank.

The court should only grant leave to proceed *in forma pauperis* when it reasonably appears that the cost of filing would impose an undue financial hardship. *Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988). In this case, plaintiff's financial affidavit discloses that the filing fee of $350.00 would not be beyond his means. In such circumstances, a person does not qualify for pauper status and the application under 28 U.S.C. § 1915(a) should be denied. *See Fromal v.*

*Jackson (In re Fromal)*, No. 93-1883, 1995 WL 230253, at * 1 (4th Cir. Apr. 18, 1995); *Williams v. Latins*, No. 88-6167, 1989 WL 67117, at * 1 (9th Cir. June 9, 1989); *Boutte v. Taplin*, No. 04-128, 2004 WL 626286, at * 2 (E.D. La. Mar. 30, 2004); *Waddy v. Matheson Tri-Gas, Inc.*, No. 3-03-cv-3075-N, 2004 WL 344179, at * 2 (N.D. Tex. Feb. 11, 2004); *Scott v. Bell Atlantic Corp.*, No. CIV 93-5970, 1995 WL 50973, at * 1 (E. D. Pa. Feb. 7, 1995); *Temple v. Ellerthorpe*, 586 F. Supp. 848 (D.R.I. 1984); *accord Wilson v. Yaklich*, 148 F.3d 596, 603 (6th Cir. 1998) (IFP status is a privilege not a right).

Accordingly, plaintiff's application for leave to proceed *in forma pauperis* is DENIED. Plaintiff shall submit the filing fee within 30 days of the date of this order.

Dated:     May 2, 2013                                /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              Chief United States District Judge