UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LAWRENCE L. SIMMONS,<br>  Plaintiff,<br><br>-v-<br><br>KALAMAZOO COUNTY FRIEND OF<br>THE COURT,<br>  Defendant. | No. 1:13-cv-445<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having concluded that this Court lacks subject-matter jurisdiction over the action, as required by Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

  **THIS ACTION IS TERMINATED.**

  **IT IS SO ORDERED.**

Date:  June 19, 2013             /s/ Paul L. Maloney
                              Paul L. Maloney
                              Chief United States District Judge